# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:19−cv−04658−JRS−DML

| | |
|---|---|
| BUNDY v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION | Date Filed: 11/22/2019 |
| Assigned to: Judge James R. Sweeney II | Date Terminated: 01/06/2020 |
| Referred to: Magistrate Judge Debra McVicker Lynch | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 360 P.I.: Other |
| Cause: 28:1332 Diversity−Personal Injury | Jurisdiction: Diversity |

Discovery Deadline:  
Dispositive Motion Deadline:  

Settlement Conference:  
Final Pretrial Conference:  
Trial Date:  

**Plaintiff**

**SHAHID BUNDY**  
*individually and on behalf of all others similarly situated,*

represented by **Jeffrey L. Raizner**  
RAIZNER SLANIA LLP  
2402 Dunlavy Street  
Houston, TX 77006  
713−554−9099  
Fax: 713−554−9098  
Email: jraizner@raiznerlaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**

represented by **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**  
.  
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/22/2019 | 1 | COMPLAINT against NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, filed by SHAHID BUNDY. (Filing fee $400, receipt number 0756−5737502) (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Raizner, Jeffrey) (Entered: 11/22/2019) |
| 11/22/2019 | 2 | NOTICE of Appearance by Jeffrey L. Raizner on behalf of Plaintiff SHAHID BUNDY. (Raizner, Jeffrey) (Entered: 11/22/2019) |
| 11/25/2019 | 3 | Summons Issued as to NATIONAL COLLEGIATE ATHLETIC ASSOCIATION. (AKH) (Entered: 11/25/2019) |
| 11/25/2019 | 4 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (AKH) (Entered: 11/25/2019) |
| 11/26/2019 | 5 | PROCEDURES AND PRACTICES before Judge James R. Sweeney II. (JDC) (Entered: 11/26/2019) |
| 01/06/2020 | 6 | |

|            |     |                                                                                                                                                                                                                                      |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | CLOSED TRANSFER to the United States District Court for the Northern District of Illinois IN RE: MDL 2492 IN RE: National Collegiate Athletic Association Student–Athlete Concussion Injury Litigation Certified Transfer Order # 25. (MAC) (Entered: 01/06/2020) |
| 01/06/2020 | 7   | Transfer Letter to Clerk of the Northern District of Illinois. Case transferred electronically to Northern District of Illinois, IN RE: MDL 2492 on January 3, 2020. (MAC) (Entered: 01/06/2020)                                       |

**Case #: 1:19–cv–04658–JRS–DML**